# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**NAPOLEON HARRIS,**  :
:
   **Plaintiff**  :
:
   **v.**  :  **5:04-CV-23 (WDO)**
:
**MR. FRANKLIN, et al.,**  :
:
   **Defendants**  :

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. Defendants' motion for summary judgment is GRANTED.

   **SO ORDERED this 25th day of January, 2006.**


   **S/**
   **WILBUR D. OWENS, JR.**
   **UNITED STATES DISTRICT JUDGE**